630

No. 820. UNITED STATES FOR THE USE AND BENEFIT OF F. B. SPEARS & SONS *v.* ARTHUR STORM CO. ET AL. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. P. J. J. Nicolaides* and *William F. Kelly* for petitioner. *Mr. Samuel Shapero* for respondents.

No. 830. VIRGINIA IRON, COAL & COKE CO. *v.* COMMISSIONER OF INTERNAL REVENUE. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Horace M. Fox, Lewis A. Nuckols, Karl D. Loos,* and *Preston B. Kavanagh* for petitioner. *Solicitor General. Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Ellis N. Slack* for respondent.

No. 836. CONTINENTAL CASUALTY CO. *v.* FIRST NATIONAL BANK OF TEMPLE. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Allen Wight* and *O. O. Touchstone* for petitioner. *Messrs. Walker Saulsbury* and *David B. Trammell* for respondent.

No. 837. CROOK *v.* ZORN, TRUSTEE IN BANKRUPTCY. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. M. Crook, pro se.* No appearance for respondent.

No. 841. CURTIS *v.* WATSON. May 15, 1939. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Knowlton Durham* for petitioner.

*Mr. Hyman W. Gamso* for respondent.

No. 842. FEDERAL RESERVE BANK *v.* ALGAR ET AL. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Yale L. Schekter* and *Clarence L. Cole* for petitioner. *Mr. Leonard D. Algar, pro se.*

No. 846. AUGUSTUS *v.* NEW AMSTERDAM CASUALTY Co. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. V. Russell Donaghy* for petitioner. No appearance for respondent.

No. 850. FALSTAFF BREWING CORP. *v.* THOMPSON. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Isidor Ziegler* and *W. C. Fraser* for petitioner. No appearance for respondent.

No. 851. FRANKLIN, ADMINISTRATRIX, *v.* WUNDERLICH ET AL. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Richard T. Rives* for petitioner. *Mr. Dempsey M. Powell* for respondents.

No. 855. CAMPBELL, ADMINISTRATOR, *v.* BEEDLE ET AL. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Samuel A. Mitchell* for petitioner. *Mr. Albert E. L.*